MAY 16, 1966.

No. 9, Original. UNITED STATES *v.* LOUISIANA ET AL. Motion of the United States for leave to file an amended account pursuant to the supplemental decree granted. Motion for leave to file corrections to the accounting filed by the State of Louisiana on February 25, 1966, granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these motions. *Solicitor General Marshall, Archibald Cox,* Special Assistant to the Attorney General, *Louis F. Claiborne* and *George S. Swarth* for the United States. *Jack P. F. Gremillion,* Attorney General of Louisiana, *John L. Madden,* Assistant Attorney General, and *Paul M. Hebert, Victor A. Sachse, Thomas W. Leigh, J. B. Miller, Oliver P. Stockwell, J. J. Davidson* and *Frederick W. Ellis,* Special Assistants to the Attorney General, for the State of Louisiana. [Supplemental Decree reported at 382 U. S. 288.]

No. 1093. PARKER *v.* GLADDEN, WARDEN. Sup. Ct. Ore. (Certiorari granted, *ante,* p. 904.) Motion of petitioner for leave to proceed further *in forma pauperis* granted. *John H. Schafer* on the motion.

No. 1477, Misc. JOHNSON *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.

No. 1223, Misc. LUCERO *v.* ARIZONA ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.